NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KICKSTARTER, INC.,**
*Plaintiff-Appellee*

**v.**

**FAN FUNDED, LLC, ARTISTSHARE, INC.,**
*Defendants-Appellants*

---

2015-1886

---

Appeal from the United States District Court for the Southern District of New York in No. 1:11-cv-06909-KPF, Judge Katherine Polk Failla.

---

**JUDGMENT**

---

PETER J. BRANN, Brann & Isaacson, Lewiston, ME, argued for plaintiff-appellee. Also represented by STACY O. STITHAM, DAVID SWETNAM-BURLAND.

CRAIG ROBERT SMITH, Lando & Anastasi, LLP, Cambridge, MA, argued for defendants-appellants. Also represented by ERIC P. CARNEVALE, WILLIAM JOSEPH SEYMOUR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 June 10, 2016         /s/ Peter R. Marksteiner

Date       Peter R. Marksteiner

Clerk of Court